# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 98-60257

ALBERT MA; HELEN MA,

Plaintiffs-Appellants,

versus

WILLIAM A. LUECKE, in his capacity as building
official of the City of Columbus, Mississippi;
HUGHDOLPH GUIN, JR., in his capacity as
building official of the City of Columbus, Mississippi;
DOUGLAS RECTOR, in his capacity as building
inspector for the City of Columbus, Mississippi;
CITY OF COLUMBUS, MISSISSIPPI,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi

(1:97-CV-56-B-D)

April 9, 1999

Before REAVLEY, POLITZ, and SMITH, Circuit Judges.

PER CURIAM:[*]

Albert and Helen Ma appeal an adverse summary judgment in their 42 U.S.C.

§ 1983 action against the City of Columbus, Mississippi, and certain city building

officials.  Having considered the briefs, oral arguments of counsel, and pertinent

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

parts of the summary judgment record, and finding no reversible error, the judgment appealed is AFFIRMED.